UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-972

Lavern Leisen )
) ORDER
v. )
)
CSC Credit Services, Inc. )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: December 14th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK